CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
March 15, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **THOMAS CLAYTON STINSON,** | ) | |
| Plaintiff, | ) | Case No. 7:24CV00069 |
| v. | ) | **OPINION** |
| **S.W.V.R.J.A., ET AL.,** | ) | JUDGE JAMES P. JONES |
| Defendants. | ) | |

*Thomas Clayton Stinson, Pro Se Plaintiff.*

This plaintiff, Thomas Clayton Stinson, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging that local jail officials violated his constitutional rights. The court entered an Order conditionally filing the case and directing Stinson to return certain financial information as required for him to proceed without prepaying the filing costs. The copy of this Order that the court mailed to Stinson at the address he provided was returned to the court as undeliverable. The returned envelope indicated that authorities were unable to forward the mailing. It is self-evident that the court must have a viable address by which to communicate reliably with Stinson about this case.

Based on Stinson's failure to update the court with a current mailing address that would allow reliable communication about his case, I conclude that he is no

longer interested in pursuing this civil action. Therefore, I will dismiss the action without prejudice for failure to prosecute. *See Ballard v. Carlson*, 882 F.2d 93, 96 (4th Cir. 1989) (stating pro se litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance); *Donnelly v. Johns-Manville Sales Corp.*, 677 F.2d 339, 340-41 (3d Cir. 1982) (recognizing a district court may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b)).

An appropriate Order will issue herewith.

DATED: March 15, 2024

/s/  JAMES P. JONES
Senior United States District Judge